# Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Cincinnati Insurance Company | Hubert L. Cockrum OD PA | 1971175 | $55,328.23 | 4/13/2013 | 2183 Hwy 62 W, Mountain Home, AR 72653 |
| Cincinnati Insurance Company | Lawrence, Dan | 1954799 | $60,362.32 | 3/11/2013 | 1304 Wohlert St, Angola, IN 46703 |
| Cincinnati Insurance Company | Leiby, David & Janice | 2195765 | $14,590.52 | 4/7/2014 | 24 Tilbury Ave, Nanticoke, PA 18634 |
| Cincinnati Insurance Company | Presbyterian Church | 1899221 | $28,774.56 | 12/4/2012 | 119 N Second St, Clearfield, PA 16830 |
| Cincinnati Insurance Company | Zanesville Country Club | 1104503 | $17,952.09 | 4/6/2009 | 1300 Country Club Dr, Zanesville, OH 43701 |
| Erie Insurance Company | Fagerland, William | 010940081936 | $52,150.54 | 11/15/2013 | 560 Meadow Ct, Brookfield WI 53045 |
| Erie Insurance Company | Town House East LLC | 010930220403 | $54,676.37 | 5/8/2013 | 128 West Pleasant St, Apt #L-9 & L-10, Manlius, NY 13104 |
| Erie Insurance Exchange | Aumick, Mary & Jackie | 010171372838 | $6,790.22 | 6/30/2014 | 1312 Mill Creek Rd, Mansfield, PA 16933 |
| Erie Insurance Exchange | Brown, Angela & Patrick | 010220256743 | $18,037.23 | 4/21/2013 | 21877 Boonsboro Mt Rd, Boonsboro, MD 21713 |
| Erie Insurance Exchange | Brown, Stephen & Kristi | 010950721164 | $4,860.52 | 11/12/2014 | 563 Catskill Dr, Pittsburgh, PA 15239 |
| Erie Insurance Exchange | Buysse, Stephen | 010171392637 | $190.00 | 10/15/2014 | 207 Old York Rd, New Cumberland, PA 17070 |
| Erie Insurance Exchange | Castelli, Dominick | 010181165896 | $6,665.62 | 8/12/2014 | 450 Newell St, Peckville, PA 18452 |
| Erie Insurance Exchange | Fowler, Regis | 010150885848 | $5,014.08 | 3/20/2013 | 462 Little Pin Creek Rd, Pittsburgh, PA 15223 |
| Erie Insurance Exchange | Gargiulo, Sherry & Michael Jr. | 010150878999 | $13,656.01 | 1/6/2013 | 2002 Crissman Dr, Aliquippa, PA 15001 |
| Erie Insurance Exchange | Gayman, Arthur & Martha | 010171297235 | $9,561.02 | 6/14/2013 | 720 Fireside Dr, Shippensburg, PA 17257 |
| Erie Insurance Exchange | Giberson, David E. | 010171331955 | $9,778.69 | 1/8/2014 | 204 N Barbara St, Mount Joy, PA 17552 |

# Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Exchange | Glenn, Gerry & Linda | 010190345527 | $100,498.41 | 6/19/2013 | 126 Brookline Blvd, Havertown, PA 19083 |
| Erie Insurance Exchange | Hamme, Susan | 010171393208 | $361.79 | 10/14/2014 | 207 Old York Rd, Apt. 4, New Cumberland, PA 17070 |
| Erie Insurance Exchange | Hugus, Charles W & Roberta | 010950720379 | TBD | 10/3/2014 | 8 Sassafras Ln, Greensburg, PA 15601 |
| Erie Insurance Exchange | Johnson, Jeffrey & Michelle | 010181097844 | $9,127.26 | 2/25/2013 | 210 Madison Ave, Nazareth, PA 18064 |
| Erie Insurance Exchange | Kapsick, Brian & Melissa | 010181127528 | $2,006.62 | 11/13/2013 | 650 Beaver Brook Rd, SHavertown, PA 18708 |
| Erie Insurance Exchange | Kartri Sales Co Inc. | 010171318402 | $14,168.57 | 10/22/2013 | 528 Main St, Forest City, PA 18421 |
| Erie Insurance Exchange | Krapp, Robert | 010150906203 | $4,596.25 | 10/2/2013 | P521 Transverse Ave, Pittsburgh, PA 15210 |
| Erie Insurance Exchange | Kremer, Kevin | 010150907053 | $2,965.28 | 10/8/2013 | 109 Sainte Ann Dr, Glenshaw, PA 15116 |
| Erie Insurance Exchange | Lock, Christina & Daniel Jr. | 010181093408 | $18,138.41 | 1/17/2013 | 137 Sandpit Rd, Millrift, PA 18340 |
| Erie Insurance Exchange | Maraccini Chiropractic Center | 010150879662 | $42,547.01 | 1/15/2013 | Pittsburgh, PA 15220 |
| Erie Insurance Exchange | Miller, Charles & Thelma | 010171316529 | $5,091.88 | 10/11/2013 | 131 W High St, Manheim, PA 17545 |
| Erie Insurance Exchange | Miller, Ronald | 010171295506 | $4,287.23 | 6/3/2013 | 551 West 3rd St, Mt Carmel, PA 17851 |
| Erie Insurance Exchange | Moll, Tiffany M. | 010171338106 | $12,143.50 | 2/7/2014 | 314 Lehman St, Lebanon, PA 17046 |
| Erie Insurance Exchange | Oman, David & Susan | 010171382448 | TBD | 8/16/2014 | 342 Oman Rd, Bloomsburg, PA 17815 |
| Erie Insurance Exchange | Pulli, Joseph | 010181126137 | $3,564.85 | 11/3/2013 | 2357 Hill Rd, Perkiomenville, PA 18074 |
| Erie Insurance Exchange | Ritzmann, Joseph & Jennifer | 010210836989 | $7,009.46 | 10/10/2012 | 2424 Woodcroft Rd, Baltimore, MD 21234 |

## Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Exchange | Rutkowski, Linda | 010181116458 | $2,148.17 | 8/14/2013 | 512 Donnelly St, Duryea, PA 18642 |
| Erie Insurance Exchange | Scott, Christy | 010950679336 | $16,900.51 | 7/1/2013 | 111 N Lincoln Ave, Greensburg, PA 15601 |
| Erie Insurance Exchange | Snodgrass, Janet M. | 010150924598 | $3,824.58 | 3/19/2014 | 2812 Hamilton Ave, Genshaw, PA 15116 |
| Erie Insurance Exchange | Sproull, Elizabeth | 010100177170 | $3,397.29 | 7/20/2013 | 364 WhiteTail Rd, Somerset, PA 15501 |
| Erie Insurance Exchange | Thomas, Bruce | 010950706535 | $7,556.24 | 5/12/2014 | 1943 Broadway Ave, Greensburg, PA 15601 |
| Erie Insurance Exchange | Tierney, Lauren A & Ryan J. | 010150950243 | TBD | 11/24/2014 | 309 Summerfield Dr, Baden, PA 15005 |
| Erie Insurance Exchange | Watauga Station | 010430241032 | $23,949.16 | 3/2/2012 | 29279 Watauga Rd, Abingdon, VA 24211 |
| Erie Insurance Exchange | Wienand, Sharon | 010950695282 | $109,249.96 | 1/5/2014 | 210 Allegheny Blvd, Kittameng, PA 16201 |
| Erie Insurance Exchange | Yeo, Ernest & Pak, Lik | 010190381114 | TBD | 10/3/2014 | 199 Arden Rd, Conshohocken, PA 19428 |
| Erie Insurance Property & Casualty Company | McKinley Properties LLC | 010510412614 | $27,134.59 | 7/9/2014 | 515 Market St, Parkersburg, WV 26101 |
| Erie Insurance Property & Casualty Company | Moran, Richard & Lori | 010510385997 | $19,896.24 | 5/30/2013 | 445 Brooke Ave, Morgantown, WV 26505 |
| Erie Insurance Property & Casualty Company | Vanhoose, Gregory L. | 010510370273 | $106,639.48 | 8/21/2012 | 2573 Greenhills Rd, Ravenswood, WV 26164 |
| Erie Insurance Property & Casualty Company | Whittaker, Anna | 010510401073 | $3,331.28 | 1/18/2014 | 330 Main St, Beverly, WV 26253 |
| Liberty Insurance Corporation | Balarabe, Andrew | 023866546 | $16,558.24 | 8/26/2012 | 305 Hearthstone Way, Newport News, VA 23608 |
| Liberty Insurance Corporation | Caushi, Eva & Ilir | HD203-023345653-01 | $25,218.54 | 7/8/2012 | 157 Liberty Ave, Staten Island, NY 10305 |
| Liberty Insurance Corporation | Chander, Monica | 029831976 | $2,813.91 | 5/26/2014 | 42 W Marthart Ave, Havertown, PA 19083 |

## Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Liberty Insurance Corporation | Dickin, Douglas | 027975680 | $5,673.76 | 9/21/2013 | 5508 N Sollars Dr, Muncie, IN 47304 |
| Liberty Insurance Corporation | Lane, Stephen | 027794966 | $9,580.29 | 8/28/2013 | 12001 LeMoore Ct, Glen Allen, VA 23059 |
| Liberty Insurance Corporation | Roach, Robert & Barbara | 029933361 | $20,762.45 | 6/10/2014 | 11720 Olive Trl, Plymouth, IN 46563 |
| Liberty Insurance Corporation | Rumble, Susan | 029615200 | $13,036.08 | 4/27/2014 | 4582 Eleanor Ln, House Springs, MO 63051 |
| Liberty Insurance Corporation | Spotti, Peter & Alexander | HD000-029933372-01 | $10,476.27 | 6/10/2014 | 588 Hilltop Rd, Henderson, NV 89015 |
| Liberty Insurance Corporation | Tsui, Stephen | 030716044 | $5,385.22 | 10/4/2014 | 1020 E Washington Ave #97, Escondido, CA 92025 |
| Liberty Mutual Fire Insurance Company | Bilodeau, Norman | HD633-22998546-01 | $13,136.11 | 6/5/2012 | 1339 Crespi Dr, Pacifica, CA 94044 |
| Liberty Mutual Fire Insurance Company | Bittner, Louis | 030161532 | $5,353.79 | 7/10/2014 | 105 Knapp Rd, Danville, PA 17821 |
| Liberty Mutual Fire Insurance Company | Borgia, John | HD332-015329362 | $10,603.18 | 6/27/2010 | 9 Helen St, Hopatcong, NJ 07874 |
| Liberty Mutual Fire Insurance Company | Dodson, Herman | HD332-16431418 | $9,483.28 | 10/9/2010 | 41 Colony Dr E, West Orange, NJ 07052 |
| Liberty Mutual Fire Insurance Company | Farag, Ihab | HD150-021584570-01 | $8,292.35 | 1/10/2012 | 23 Littlehale Rd, Durham, NH 03824 |
| Liberty Mutual Fire Insurance Company | Festa, Albert | 024148663 | $5,349.23 | 9/22/2012 | 211 Pleasant St, Winthrop, MA 02152 |
| Liberty Mutual Fire Insurance Company | Forman, Jeremi | 030121616 | $4,477.80 | 7/6/2014 | 365 Dunstar Cir, Baton Rouge, LA 70815 |
| Liberty Mutual Fire Insurance Company | Giordano, Eleanor | 028346024 | $5,952.12 | 11/10/2013 | Belleville, NJ |
| Liberty Mutual Fire Insurance Company | Green, Matthew & Julie | 029309597 | $96,432.73 | 3/17/2014 | 7 Butternut Rd, Randolph, NJ 07869 |
| Liberty Mutual Fire Insurance Company | Handy, Scott & Lynn | HD203-22039702-01 | $13,903.15 | 2/28/2012 | 15 East Blvd, Gloversville, NY 12078 |

## Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Liberty Mutual Fire Insurance Company | Heneghan, John | HD520-022188073-01 | $14,354.11 | 3/13/2012 | 40 Water Oaks Way, Naples, FL 34105 |
| Liberty Mutual Fire Insurance Company | Latu, Kathleen | 030324314 | $22,665.90 | 8/4/2014 | 1 Fletcher Way, Norton, MA 02766 |
| Liberty Mutual Fire Insurance Company | Le, Trinh | HD633-019219948-01 | $100,183.75 | 6/12/2011 | 724 San Vicente Dr, Morgan Hill, CA 95037 |
| Liberty Mutual Fire Insurance Company | Lipkind, Oleg | 028100284 | $12,807.29 | 10/7/2013 | 3858 W Campbell Ave, Campbell, CA 95008 |
| Liberty Mutual Fire Insurance Company | Martinez, Carlos A. & Rojas, Martha R. | HD414-17411399 | $24,394.13 | 1/9/2011 | 5228 4th St NE, Minneapolis, MN 55421 |
| Liberty Mutual Fire Insurance Company | Roe, William | 025447247 | $2,847.94 | 1/2/2013 | 42 Belvedere Ct, Napa, CA 94559 |
| Liberty Mutual Fire Insurance Company | Ross, David | 023891056 | $11,026.70 | 8/30/2012 | 90 Brook Rd, Sharon, MA 02067 |
| Liberty Mutual Fire Insurance Company | Smith, Ann | 029619147 | $8,656.70 | 4/29/2014 | 51 Lincoln Rd, Monroe, NY 10950 |
| Liberty Mutual Fire Insurance Company | Stober, Doris | 028304560-01 | $10,879.35 | 11/5/2013 | 11 Idlewild Dr, Morris Plains, NJ 07950 |
| Liberty Mutual Fire Insurance Company | Wilkerson, Rosanna | HD633-021754339-01 | $5,804.94 | 1/27/2012 | 1919 Alameda De Los Pulgas Unit 82, San Mateo, CA 94403 |
| Liberty Mutual Fire Insurance Company | Zagarino, Anthony | HD332-020627716-01 | $2,298.61 | 10/9/2011 | 30 Ellen Dr, Rockaway, NJ 07866 |
| Liberty Mutual Fire Insurance Company | Zampini, Robert E. | HD000-029183948-01 | $16,659.35 | 2/28/2014 | 33 Winterberry Ln, Stratham, NH 03885 |
| LM Insurance Corporation | McCord, James | HD332-22281503-01 | $16,668.48 | 3/25/2012 | 3804 Paulhill Rd, Richmond, VA 23236 |
| Safeco Insurance Company of America | Armstrong, Jason & Misayln | 795391384037 | $32,891.44 | 12/12/2011 | 136 Polo Park Dr, Bellingham, WA 98229 |
| Safeco Insurance Company of America | Carney, Jack & Janet | 197840094034 | $58,149.32 | 2/29/2012 | 1429 Broken Arrow Rd, Lampe, MO 65681 |
| Safeco Insurance Company of America | Chavarrie, Richard & Mary J. | 948493825048 | $10,617.71 | 5/4/2013 | 758 Commodore Ln, Camano Island, WA 98282 |

## Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Safeco Insurance Company of America | Erlandson, Doug | 934964445052 | $23,634.78 | 11/8/2013 | 1719 10th St, Anacortes, WA 98221 |
| Safeco Insurance Company of America | Frede, Ronald & Virginia | 391903394039 | $3,036.52 | 4/4/2012 | 2492 Camp Mo Val Rd, Union, MO 63084 |
| Safeco Insurance Company of America | Frum, Phyllis | 130105154033 | $32,363.16 | 12/16/2010 | 1546 Madison Ave, Concil Bluffs, IA 51503 |
| Safeco Insurance Company of America | Govardhanan, Mohan | 956480205041 | $4,405.62 | 7/13/2012 | 3437 Chemin De Riviere, San Jose, CA 95148 |
| Safeco Insurance Company of America | Guidry, Amanda | 7.2978E+11 | $5,933.92 | 8/24/2013 | 541 Herrington Rd, Petal, MS 39465 |
| Safeco Insurance Company of America | Kim, Steven | 901380565002 | $174,222.39 | 6/28/2014 | 5540 154th Ave, SE, Bellevue, WA 98006 |
| Safeco Insurance Company of America | Laurentius, Carolyn | 833210965002 | TBD | 8/13/2014 | 14915 Wehmer Estates Dr, Florissant, MO 63034 |
| Safeco Insurance Company of America | Le, Trung | 551350355002 | $44,452.59 | 2/14/2014 | 2204 S Mountain View Ave, #A, Anaheim, CA 92802 |
| Safeco Insurance Company of America | Lewis, Victoria & David | 106600955002 | $31,949.75 | 4/21/2014 | 130 Carrera Cir, Aptos, CA 95003 |
| Safeco Insurance Company of America | Malella, James | 628508405041 | $53,944.49 | 8/13/2012 | 1030 Carpenter Rd, Bellingham, WA 98226 |
| Safeco Insurance Company of America | O'Brien, Michael & Carol Marie | 811325515033 | $18,623.54 | 12/13/2012 | 6827 Grove Springs Ct, St. Louis, MO 63129 |
| Safeco Insurance Company of America | Opgenorth, Jim & Kelly | 498948715039 | $3,217.10 | 12/25/2012 | W345N5764 Rd G, Oconomowoc, WI 53066 |
| Safeco Insurance Company of America | Planeta, Eric & Carol | 857713245036 | $17,157.25 | 10/14/2013 | Scottsdale, AZ |
| Safeco Insurance Company of America | Sancimino, Thomas | 182335994036 | $54,765.62 | 6/15/2012 | 384 29th Ave, San Francisco, CA 94121 |
| Safeco Insurance Company of America | Zimney, Edward & Sandra Schubach | 223702155036 | $10,101.05 | 1/18/2014 | 822 Klickitat Pl NE, Bainbridge Island, WA 98110 |
| Safeco Insurance Company of Illinois | Seeman, Dudley | 608687505033 | $13,693.48 | 8/25/2012 | 22633 Copper Hill Dr Unit 94, Santa Clarita, CA 91350 |

## Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Safeco Insurance Company of Illinois | Wilson, Randy | 412595165039 | $11,500.00 | 5/16/2014 | Lakewood, CA |
| Safeco Insurance Company of Indiana | Heis, Angela | 832107265036 | $10,971.20 | 6/2/2014 | 5685 Dey Ridge Rd, Cincinnati, OH 45252 |
| Safeco Insurance Company of Indiana | Kichak, James | 139497755036 | $5,011.09 | 4/7/2014 | 11520 E Annie Ln, Palmer, AK 99645 |
| Safeco Insurance Company of Indiana | Shook, Michael | 831005694039 | $112,762.24 | 5/11/2012 | 1717 Green Acres Dr, Vidalia, GA 30474 |
| The First Liberty Insurance Corporation | Chan, Christopher | HD520-02063536-01 | $16,578.88 | 11/11/2011 | 8861 Pine Bay Ct, Orlando, FL 32825 |
| The First Liberty Insurance Corporation | Goodman, Don & Kathleen | 029178002 | $32,821.04 | 2/27/2014 | 14788 Fame Ave, Colfax, IA 50054 |
| The First Liberty Insurance Corporation | Hawley, Robert | 023075121 | $28,445.00 | 6/12/2012 | 1051 3rd St, Apt 208, Naples, FL 34102 |
| The First Liberty Insurance Corporation | Lese, Joan | HD520-023148620-01 | $1,387.99 | 6/19/2012 | 6 Erwin Dr, Corning, NY 14830 |
| The First Liberty Insurance Corporation | Loughman, Laurel & Michael | 029104985-01 | $87,717.81 | 2/19/2014 | 4856 Old Farm Ct NE, Woodstock, GA 30188 |
| Universal Property and Casualty Insurance Company | Clinkenbeard, William | FL11-0001319 | $3,937.49 | 1/19/2011 | 10691 Gulf Shore Dr #301, Naples, FL 34108 |
| Universal Property and Casualty Insurance Company | Doody, James | FL11-0001059 | $83,509.49 | 1/17/2011 | 10691 Gulf Shore Dr #200, Naples, FL 34108 |
| Universal Property and Casualty Insurance Company | Estate of Robert Vostal | FL11-0001091 | $37,383.08 | 1/18/2011 | 10691 Gulf Shore Dr #400, Naples, FL 34108 |
| Universal Property and Casualty Insurance Company | Leshinski, Bruce | FL11-0001311 | $4,245.09 | 1/18/2011 | 10691 Gulf Shore Dr #401, Naples, FL 34108 |
| Universal Property and Casualty Insurance Company | Obermiller, Phillip & Brown, M. Kathryn | FL11-0010361 | TBD | 1/17/2011 | 10961 Gulf Shore Dr #500, Naples, FL 34108 |

## Schedule B

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Universal Property and Casualty Insurance Company | Obermiller, Phillip & Brown, M. Kathryn | FL11-0001074 | TBD | 1/17/2011 | 10961 Gulf Shore Dr, Suite 500, Naples, FL 34108 |
| Universal Property and Casualty Insurance Company | Russo, Matthew | FL13-0105635 | $34,406.74 | 4/14/2013 | 517 Mardel Dr, Unit 210, Naples, FL 34104 |
| | | 112 Claims | $2,504,494.66 | | |