| | |
|---|---|
| 1 | MARK D. LITVACK (# 183652) |
| | mark.litvack@pillsburylaw.com |
| 2 | KIMBERLY BUFFINGTON (# 192991) |
| | kbuffington@pillsburylaw.com |
| 3 | JAMES CHANG (# 271864) |
| | james.chang@pillsburylaw.com |
| 4 | SARKIS A. KHACHATRYAN (# 293991) |
| | sarkis.khachatryan@pillsburylaw.com |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 725 South Figueroa Street, Suite 2800 |
| 6 | Los Angeles, CA 90017-5406 |
| | Telephone: (213) 488-7100 |
| 7 | Facsimile No.: (213) 629-1033 |
| 8 | MICHAEL C. CARROLL (# 253630) |
| | mcarroll@carrollpc.com |
| 9 | CARROL & CARROLL, P.C. |
| | mcarroll@carrollpc.com |
| 10 | 30800 Rancho Viejo Road |
| | San Juan Capistrano, CA 92675 |
| 11 | Telephone: (949) 340-7375 |
| 12 | Attorneys for Defendant |
| | FLUIDMASTER, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| AMERICAN SELECT INSURANCE COMPANY, THE CINCINNATI INSURANCE COMPANY, ERIE INSURANCE COMPANY, ERIE INSURANCE EXCHANGE, ERIE INSURANCE PROPERTY & CASUALTY COMPANY, THE FIRST LIBERTY INSURANCE CORPORATION, FIRST NATIONAL INSURANCE COMPANY OF AMERICA, HARLEYSVILLE PREFERRED INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, LM INSURANCE CORPORATION, PEERLESS INSURANCE COMPANY, SAFECO | Case No. 8:15-cv-00073-JVS-JCG  **DEFENDANT FLUIDMASTER INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**  [Central District Local Rule 83-1.4]  Judge: Hon. James V. Selna  Magistrate Judge: Hon. Jay C. Gandhi  Date Action Filed: January 15, 2015  Trial Date: None set |

| | |
|---|---|
| 1 | INSURANCE COMPANY OF AMERICA, SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO INSURANCE COMPANY OF INDIANA, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, WESTFIELD INSURANCE COMPANY, and WESTFIELD NATIONAL INSURANCE COMPANY, a/s/o INSUREDS, as listed on "Schedule A" and "Schedule B", |
| | Plaintiffs |
| | vs. |
| | FLUIDMASTER, INC., |
| | Defendant. |

TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Central District Local Rule 83-1.4, Defendant Fluidmaster, Inc. ("Fluidmaster") is obligated to give notice to the Court that the Complaint and First Amended Complaint ("FAC") filed by Plaintiffs in this action "involves all or a material part of the subject matter" of the following actions and proceedings:

1. <u>In Re Fluidmaster, Inc., Water Connector Components Products Liability Litigation</u>, MDL No. 2575 (N.D. Ill.), which is a multidistrict litigation proceeding consisting of the following five actions in the Northern District of Illinois before the Honorable Robert M. Dow, Jr:[1]

    a. <u>Rensel, et al. v. Fluidmaster, Inc.</u>, No. 8:14-cv-00648 (C.D. Cal.)

---

[1] Fluidmaster has filed a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation, stating that the current action is a potential tag-along action in MDL No. 2575.

      b. <u>Hardwick v. Fluidmaster, Inc.</u>, No. 1:14-cv-00363 (D.N. H.)

      c. <u>Hungerman, et al. v. Fluidmaster, Inc.</u>, No. 2:14-cv-00994 (W.D. Pa.)

      d. <u>Sullivan, et al. v. Fluidmaster, Inc.</u>, No. 1:14-cv-05696 (N.D. Ill.)

      e. <u>Wyble v. Fluidmaster, Inc.</u>, No. 2:14-cv-01826 (D. Ariz.)[2]

2. <u>Larson v. Fluidmaster, Inc.</u>, No. 1:14-cv-10222 (N.D. Ill.), filed on December 19, 2014 and assigned to the Honorable John W. Darrah.[3]

3. <u>Am. Econ. Ins. Co., et al. v. Fluidmaster, Inc.</u>, No. 30-2015-00766507-CU-MT-CXC, filed on January 15, 2015 in the Superior Court of California for the County of Orange.

Attached as Exhibit A and Exhibit B are the schedule of actions listed above, including court, party and attorney information as required by Central District Local Rule 83-1.4.2.

In this action, Plaintiffs seek to recover damages allegedly caused by defects associated with Fluidmaster's "NO-BURST" Water Supply Lines ("NO-BURST Lines"). FAC at ¶ 1. Plaintiffs assert that they are insurers who have made payments on behalf of their insureds for the damages. <u>Id.</u> at ¶ 4. Plaintiffs allege that the NO-BURST Lines routinely rupture and burst "because Fluidmaster used an inferior grade of stainless steel that is susceptible to corrosion during its ordinary and intended use," and that

---

[2] On December 11, 2014, pursuant to 28 U.S.C. § 1407, the United States Judicial Panel on Multidistrict Litigation ordered that the <u>Rensel</u>, <u>Hardwick</u>, and <u>Hungerman</u> actions be transferred to the Northern District of Illinois and assigned to the Honorable Robert M. Dow, Jr. for coordinated or consolidated pretrial proceedings with the <u>Sullivan</u> action already pending there. Thereafter, on December 16, 2014, the Panel ordered that the <u>Wyble</u> action should also be transferred as a tag-along action to the same court and judge.

[3] Although the <u>Larson</u> action is not a part of the multidistrict litigation proceedings yet, Fluidmaster will request that it be assigned to the judge in MDL No. 2575 under the applicable local rules in the Northern District of Illinois.

Fluidmaster "used inadequate low-pressure flexible rubber tubing that easily bursts if the stainless steel braiding intended to protect the tubing corrodes and deteriorates during its ordinary and intended use." FAC at ¶ 35. Plaintiffs further allege that "the NO-BURST Lines routinely fail because their plastic coupling nuts crack and/or fracture during their ordinary and intended use…" Id. at ¶ 36.

This action thus "involves all or a material part of the subject matter" of the MDL proceeding. C. D. L. R. 83-1.4. As the Judicial Panel on Multidistrict Litigation ("Panel") stated in its Transfer Order ("Order"), attached as Exhibit C, "plaintiffs allege that the lines fail in one of two ways: (1) the braided stainless steel lines rupture due to the use of substandard materials, or (2) the acetal coupling nut on the water connector fractures as a result of inferior materials and its sharp edged design." Ex. C, Order at 1. Accordingly, the Panel held that "[a]ll actions involve common factual questions about the allegedly defective nature of Fluidmaster's NO-BURST water connector product lines." Id. Since all actions involve the NO-BURST product line, the Panel held that they "can be expected to share factual questions about the development, design, marketing and warranties applicable to the NO-BURST product line." Id. at 2. Therefore, this action involves at least a material part, if not all of the subject matter of the MDL proceeding.[4]

Similarly, the central issue in the Larson action is whether Fluidmaster's toilet connectors with acetal coupling nuts are defective. Since Plaintiffs in this case also allege that the toilet connectors with acetal coupling nuts are

---

[4] Plaintiffs' FAC even states that this action "relates to" MDL No. 2575 under the listing of the parties' names. FAC at 2.

defective, this action involves a material part of the subject matter in the <u>Larson</u> action.[5]

Lastly, this action involves entirely the same subject matter as the <u>Am. Econ.</u> action, which was filed by the same attorneys and on the same day as this action. Plaintiffs in <u>Am. Econ.</u> action also purport to be insurers who have made payments on behalf of their insureds for alleged damages caused by Fluidmaster's NO-BURST Lines. Further, Plaintiffs in <u>Am. Econ</u> assert identical causes of action as those asserted in this case. Thus, this action involves "all or a material part of the subject matter" of the <u>Am. Econ.</u> action.

Dated: January 26, 2015.

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        MARK D. LITVACK
        KIMBERLY L. BUFFINGTON
        JAMES CHANG
        SARKIS A. KHACHATRYAN

        By   /s/ Sarkis A. Khachatryan

        Attorneys for Defendant
        Fluidmaster, Inc.

---

[5] The complaint in the <u>Larson</u> action also states that it "relates to" MDL No. 2575.

# EXHIBIT A

# EXHIBIT A

## Schedule of Actions in
### In Re: Fluidmaster Inc., Water Connector Components Products Liability Litigation,
### MDL No. 2575 (N.D. Ill.)

| **Parties** | **Filed In** | **Original Civil Action No.** | **Attorneys** |
|---|---|---|---|
| **Plaintiffs:** Steven Rensel and Brian Kirsch<br><br>**Defendant:** Fluidmaster, Inc. | Central District of California | 8:14-cv-00648 | **Counsel for Plaintiffs:**<br>Anthony D. Shapiro, Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N. Lake Avenue, Suite 203, Pasadena, CA 91101<br>Tel: (213)330-7150<br><br>Simon Bahne Paris, Patrick Howard, Charles J. Kocher<br>SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.<br>One Liberty Place, 52nd Floor, 1650 Market Street, Philadelphia, PA 19103<br>Tel: (215)575-3985<br><br>**Counsel for Defendant:**<br>Mark Litvack, Kimberly Buffington, James Chang, Sarkis Khachatryan<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406<br>Tel: (213) 488-7100<br><br>Michael C. Carroll<br>CARROLL & CARROLL, P.C.<br>30800 Rancho Viejo Road<br>San Juan Capistrano, CA 92675<br>Tel: (949) 340-7375 |
| **Plaintiffs:** Jeff Hungerman and Jared Sanborn<br><br>**Defendant:** Fluidmaster, Inc. | Western District of Pennsylvania | 2:14-cv-00994 | **Counsel for Plaintiffs:**<br>Gregory F. Coleman, Lisa A. White<br>Greg Coleman Law PC<br>Bank of America Center<br>550 Main Avenue, Suite 600, Knoxville, TN 37902<br>Tel: (856) 247-0080<br><br>Shanon J. Carson, Lawrence Deutsch<br>Berger & Montague, P.C.<br>1622 Locust Street, Philadelphia, PA 19103<br>Tel: (215)875-3000 |
| **Plaintiffs:** Pat Sullivan, Karen Ryhne, Steve Ellefson, Mark Eisen, Bruce Elder, and Jon Naef | Northern District of Illinois | 1:14-cv-05696 | |

705688673v1

# EXHIBIT A

## Schedule of Actions in
## In Re: Fluidmaster Inc., Water Connector Components Products Liability Litigation,
### MDL No. 2575 (N.D. Ill.)

| | | | |
|---|---|---|---|
| **Defendant:** Fluidmaster, Inc.<br><br>**Plaintiff:** Bryant Hardwick<br><br>**Defendant:** Fluidmaster, Inc. | District of New Hampshire | 1:14-cv-00363 | **Counsel for Defendant:** Mark Litvack, Kimberly Buffington, James Chang, Sarkis Khachatryan<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406 |
| **Plaintiff:** Rocky Wyble<br><br>**Defendant:** Fluidmaster, Inc. | District of Arizona | 2:14-cv-01826 | Tel.: (213) 488-7100<br><br>Michael C. Carroll<br>CARROLL & CARROLL, P.C.<br>30800 Rancho Viejo Road<br>San Juan Capistrano, CA 92675<br>Tel: (949) 340-7375 |

# EXHIBIT B

# EXHIBIT B

## Schedule of Additional Actions in Federal and State Court

| Parties | Filed In | Civil Action No. | Attorneys |
|---|---|---|---|
| **Plaintiffs:** Steven Larson<br><br>**Defendant:** Fluidmaster, Inc. | Northern District of Illinois | 1:14-cv-10222 | **Counsel for Plaintiffs:**<br>Daniel J. Kurowski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1144 W. lake Street, Suite 400, Oak Park, IL 60301<br><br>Simon Bahne Paris, Patrick Howard, Charles J. Kocher<br>SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.<br>One Liberty Place, 52nd Floor, 1650 Market Street, Philadelphia, PA 19103<br>Tel: (215)575-3985<br><br>Joseph J. Tabacco, Jr, Todd A. Seaver<br>BERMAN DEVALERIO<br>One California Street, Suite 900, San Francisco, CA 94111<br>Tel: (415) 433-3200<br><br>Daniel E. Gustafson, Amanda M. Williams, Raina C. Borrelli<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402<br>Tel: (612)333-8844<br><br>**Counsel for Defendant:**<br>Mark Litvack, Kimberly Buffington, James Chang, Sarkis Khachatryan<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406<br>Tel.: (213) 488-7100<br><br>Michael C. Carroll<br>CARROLL & CARROLL, P.C.<br>30800 Rancho Viejo Road<br>San Juan Capistrano, CA 92675<br>Tel: (949) 340-7375 |

# EXHIBIT B

## Schedule of Additional Actions in Federal and State Court

| | | | |
|---|---|---|---|
| **Plaintiffs:** AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN MERCURY INSURANCE COMPANY, CALIFORNIA CAPITAL INSURANCE COMPANY, CINCINNATI CASUALTY COMPANY, CSAA AFFINITY INSURANCE COMPANY, CSAA FIRE & CASUALTY INSURANCE COMPANY, CSAA INSURANCE EXCHANGE, EAGLE WEST INSURANCE COMPANY, FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, FIRST AMERICAN SPECIALTY INSURANCE COMPANY, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, GENERAL INSURANCE COMPANY OF AMERICA, INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB, LIBERTY LLOYDS OF TEXAS, LIBERTY MUTUAL MID-ATLANTIC INSURANCE COMPANY, LIBERTY PERSONAL INSURANCE COMPANY, LITITZ MUTUAL INSURANCE COMPANY, MERCURY CASUALTY COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, NEVADA CAPITAL INSURANCE COMPANY, THE OHIO CASUALTY INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE, PEERLESS INSURANCE COMPANY, RESIDENCE MUTUAL INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF OREGON, SAFECO LLOYDS INSURANCE COMPANY  **Defendant:** Fluidmaster, Inc. | Superior Court of California, County of Orange | 30-2015-00766507-CU-MT-CXC | **Counsel for Plaintiffs:** Timonth E. Cary, Ahmed S. Diab Law Offices of Robert A. Stutman P.C. 74-145 St. Charles Place, Suite 1, Palm Desert, CA 92211. Tel: (760)776-7190  **Counsel for Defendant:** Mark Litvack, Kimberly Buffington, James Chang, Sarkis Khachatryan PILLSBURY WINTHROP SHAW PITTMAN LLP 725 S. Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406 Tel.: (213) 488-7100  Michael C. Carroll CARROLL & CARROLL, P.C. 30800 Rancho Viejo Road San Juan Capistrano, CA 92675 Tel: (949) 340-7375 |

# EXHIBIT C

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FLUIDMASTER, INC., WATER CONNECTOR
COMPONENTS PRODUCTS LIABILITY LITIGATION                MDL No. 2575

## TRANSFER ORDER

**Before the Panel**:[*]  Defendant Fluidmaster, Inc. (Fluidmaster) moves under 28 U.S.C. § 1407 to centralize pretrial proceedings in the Northern District of Illinois.  Defendant's motion encompasses four actions[1] pending in four districts, as listed on Schedule A. The cases in this litigation involve alleged defects in Fluidmaster's NO-BURST water supply lines, which are used to connect a wall water supply to a household device, such as a toilet or dishwasher, that feature acetal plastic coupling nuts and/or stainless braided steel supply lines.

All parties agree that some degree of centralization is appropriate.  Plaintiffs in three actions and a District of Arizona potential tag-along action support defendant's motion in its entirety. Plaintiffs in the Central District of California action support centralizing only coupling nut defect claims in the Central District of California and, under Section 1407(a), separating and remanding braided line defect claims.

After considering the argument of counsel, we find that these actions involve common questions of fact, and that centralization in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions involve common factual questions about the allegedly defective nature of Fluidmaster's NO-BURST water connector product lines.  Specifically, plaintiffs allege that the lines fail in one of two ways: (1) the braided stainless steel lines rupture due to the use of substandard materials, or (2) the acetal coupling nut on the water connector fractures as a result of inferior materials and its sharp edged design.  Centralization will eliminate duplicative discovery; avoid inconsistent pretrial rulings (especially with respect to class certification); and conserve the resources of the parties, their counsel and the judiciary.

The Central District of California plaintiffs request that we centralize only the coupling nut claims and separate and remand any claims regarding the failure of the braided lines.  We fail to see any benefit to this approach.  The cases undoubtedly overlap factually.  While the later-filed actions

---

[*]  Judge Charles R. Breyer did not participate in the decision of this matter.

[1]  The Panel has been notified of an additional related action pending in the District of Arizona. This action and any other related actions are potential tag-along actions.  *See* Panel Rules 1.1(h), 7.1 and 7.2.

-2-

involve two mechanisms of failure, all actions involve the same product line—Fluidmaster NO-BURST water connectors. All actions thus can be expected to share factual questions about the development, design, marketing and warranties applicable to the NO-BURST product line. Plaintiffs' proposed solution—returning all braided line failure claims to their respective transferor courts—adds inconvenience to defendant and some counsel by multiplying the courts in which they must litigate, injects an unnecessary degree of uncertainty into this litigation, and increases the risk of inconsistent pretrial rulings. Most importantly, plaintiffs in the cases pending outside of California do not allege separate claims in their complaints, and Section 1407 "does not authorize the Panel to transfer one issue raised by a claim ... while remanding another issue raised by the same claim." *In re Air Crash Disaster at Duarte, Cal. on June 6, 1971*, 346 F. Supp. 529, 530 (J.P.M.L. 1972); *see also In re Resource Exploration, Inc., Sec. Litig.*, 483 F. Supp. 817, 822 (J.P.M.L. 1980) ("[T]he Panel is not empowered to carve out issues for separate treatment under Section 1407.").

The Northern District of Illinois is an appropriate transferee district for these proceedings. It offers a geographically accessible forum for this nationwide litigation. Fluidmaster and plaintiffs in four of the five total pending actions support centralization in this district. Moreover, the broadest-based complaint, which includes allegations of braided line ruptures and coupling nut fractures, is pending there.

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside of the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Robert M. Dow, Jr., for coordinated or consolidated pretrial proceedings with the action pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

| Marjorie O. Rendell | Lewis A. Kaplan |
| Ellen Segal Huvelle | R. David Proctor |
| Catherine D. Perry | |

**IN RE: FLUIDMASTER, INC., WATER CONNECTOR
COMPONENTS PRODUCTS LIABILITY LITIGATION**                MDL No. 2575

# SCHEDULE A

<u>Central District of California</u>

RENSEL, ET AL. v. FLUIDMASTER, INC., C.A. No. 8:14‑00648

<u>Northern District of Illinois</u>

SULLIVAN, ET AL. v. FLUIDMASTER, INC., C.A. No. 1:14‑05696

<u>District of New Hampshire</u>

HARDWICK v. FLUIDMASTER, INC., C.A. No. 1:14‑00363

<u>Western District of Pennsylvania</u>

HUNGERMAN, ET AL. v. FLUIDMASTER, INC., C.A. No. 2:14‑00994