```
 1  MARK D. LITVACK (# 183652)
    mark.litvack@pillsburylaw.com
 2  KIMBERLY BUFFINGTON (# 192991)
    kbuffington@pillsburylaw.com
 3  JAMES CHANG (# 271864)
    james.chang@pillsburylaw.com
 4  SARKIS A. KHACHATRYAN (# 293991)
    sarkis.khachatryan@pillsburylaw.com
 5  PILLSBURY WINTHROP SHAW PITTMAN LLP
    725 South Figueroa Street, Suite 2800
 6  Los Angeles, CA  90017-5406
    Telephone: (213) 488-7100
 7  Facsimile No.: (213) 629-1033

 8  MICHAEL C. CARROLL (# 253630)
    mcarroll@carrollpc.com
 9  30800 Rancho Viejo Road
    San Juan Capistrano, CA 92675
10  Telephone: (949) 340-7375

11  Attorneys for Defendant
    FLUIDMASTER, INC.
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| AMERICAN SELECT INSURANCE COMPANY, THE CINCINNATI INSURANCE COMPANY, ERIE INSURANCE COMPANY, ERIE INSURANCE EXCHANGE, ERIE INSURANCE PROPERTY & CASUALTY COMPANY, THE FIRST LIBERTY INSURANCE CORPORATION, FIRST NATIONAL INSURANCE COMPANY OF AMERICA, HARLEYSVILLE PREFERRED INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, LM INSURANCE CORPORATION, PEERLESS INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, SAFECO INSURANCE | Case No. 8:15-cv-00073-JVS-JCG<br><br>**DEFENDANT FLUIDMASTER, INC.'S NOTICE OF RELATED CASES**<br><br>[Central District Local Rule 83-1.3]<br><br>Judge: Hon. James V. Selna<br><br>Magistrate Judge:  Hon. Jay C. Gandhi<br><br>Date Action Filed:  January 15, 2015<br><br>Trial Date:  None set |

| | |
|---|---|
| COMPANY OF ILLINOIS, SAFECO INSURANCE COMPANY OF INDIANA, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, WESTFIELD INSURANCE COMPANY, and WESTFIELD NATIONAL INSURANCE COMPANY, a/s/o INSUREDS, as listed on "Schedule A" and "Schedule B", <br><br>                      Plaintiffs <br><br>vs. <br><br>FLUIDMASTER, INC., <br><br>                      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Pursuant to Central District Local Rule 83-1.3, Defendant Fluidmaster, Inc. ("Fluidmaster") hereby provides notice of a related case "filed in this District." C. D. L. R. 83-1.3.1.

<u>Rensel, et al. v. Fluidmaster, Inc.</u>, No. 8:14-cv-00648 (C.D. Cal.) was filed in this District on April 24, 2014 and assigned to the Honorable Judge Percy Anderson. Plaintiffs' central allegation in the <u>Rensel</u> action is whether Fluidmaster's toilet connectors with acetal coupling nuts are defective. On November 12, 2014, Judge Anderson sanctioned Plaintiffs' attorneys, struck their class allegations, and denied Plaintiffs' Motion for Class Certification as moot. <u>Rensel</u> Docket No. 97. Moreover, on December 11, 2014, pursuant to 28 U.S.C. § 1407, the United States Judicial Panel on Multidistrict Litigation ("Panel") ordered that the <u>Rensel</u> action be transferred, along with two other actions, to the Northern District of Illinois and assigned to the Honorable Robert M. Dow, Jr. for coordinated or consolidated pretrial proceedings with another action already pending there. See <u>In Re Fluidmaster, Inc., Water</u>

1  Connector Components Products Liability Litigation, MDL No. 2575 (N.D. Ill.).[1]

In this action, Plaintiffs seek to recover damages allegedly caused by defects associated with Fluidmaster's "NO-BURST" Water Supply Lines ("NO-BURST Lines"). FAC at ¶ 1. Plaintiffs assert that they are insurers who have made payments on behalf of their insureds for the damages. Id. at ¶ 4. Plaintiffs allege that the NO-BURST Lines routinely rupture and burst because Fluidmaster used an inferior grade of stainless steel and that Fluidmaster used inadequate low-pressure flexible rubber tubing. FAC at ¶ 35. Plaintiffs further allege that "the NO-BURST Lines routinely fail because their plastic coupling nuts made of acetal crack and/or fracture during their ordinary and intended use…" Id. at ¶ 36.

Since Plaintiffs in this case also allege that the toilet connectors with acetal coupling nuts are defective, both this case and the Rensel case "call for a determination of the same or substantially related or similar questions of law and fact." C.D.L.R. 83-1.3.1(b). Additionally, the two cases also "arise from the same or a closely related transaction, happening, or event." C.D.L.R. 83-1.3.1(a).

For these reasons, Fluidmaster requests that these cases be related.

---

[1] On January 23, 2015, Fluidmaster filed a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation, which stated that the current action is a potential tag-along action in MDL No. 2575.

| | |
|---|---|
| 1 | Dated: January 26, 2015. |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 3 | MARK D. LITVACK<br>KIMBERLY L. BUFFINGTON |
| 4 | JAMES CHANG<br>SARKIS A. KHACHATRYAN |

By   /s/ Sarkis A. Khachatryan

Attorneys for Defendant
Fluidmaster, Inc.